**Order entered March 15, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00124-CV

## ALPHA OMEGA CHL, INC., Appellant

## V.

## BRIAN P. MIN AND MIN LAW FIRM, P.C., Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-07799**

## ORDER

We **REINSTATE** this appeal.

This Court issued its opinion on the merits in this appeal on June 16, 2016. By order dated October 4, 2016, the Court abated this appeal due to the suggestion of bankruptcy filed by appellee Brian P. Min. The bankruptcy court has discharged Mr. Min's bankruptcy case.

We **DIRECT** the Clerk of this Court to issue the mandate forthwith.

/s/     BILL WHITEHILL
        JUSTICE